UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Debbie Dupont,

    Plaintiff,

v.                                    **ORDER**
                                      Civil No. 12-2126 (MJD/SER)

Allina Health System,

    Defendant.

_____

    Brian T. Rochel and Michelle Dye Neumann, Schaefer Law Firm, LLC, Counsel for Plaintiff.

    Paul J. Zech, Sara Gullickson McGrane and Randi J. Winter, Felhaber Larson, Counsel for Defendant.

_____

    This matter is before the Court on the parties' motions in limine. Based on the file, record and proceedings herein,

    IT IS HEREBY ORDERED:

1. **Plaintiff's Motion to Strike Surprise Witnesses [Doc. No. 78] is Dismissed as Moot with respect to Shamrani Sacchi and DENIED with respect to Kim Sorbel; and**

2. **Defendant's Motion to Exclude Undisclosed Witnesses [Doc. No. 86] is DENIED to the extent such witnesses will be called on rebuttal, and not in Plaintiff's case-in-chief.**

Date: February 21, 2014        s/ Michael J. Davis
                                          Michael J. Davis, Chief Judge
                                          United States District Court